UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DEVLIN, | No. 2:13-cv-1672 TLN AC PS |
| Plaintiff, | |
| v. | FINDINGS & RECOMMENDATIONS |
| POPE FRANCIS, | |
| Defendant. | |

By order filed August 20, 2013, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

"Pursuant to Federal Rule of Civil Procedure 41(b), the district court may dismiss an action for failure to comply with any order of the court." Ferdik v. Bonzelet, 963 F.2d 1258, 1260 (9th Cir. 1992). "In determining whether to dismiss a case for failure to comply with a court order the district court must weigh five factors including: '(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic alternatives.'" Ferdik, 963 F.2d at 1260-61 (quoting Thompson v. Housing Auth., 782 F.2d 829, 831 (9th Cir. 1986)); see also Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995).

1

1    In determining to recommend that this action be dismissed, the court has considered the
2 five factors set forth in Ferdik.  Here, as in Ferdik, the first two factors strongly support dismissal
3 of this action.  The action was filed on August 14, 2013 and promptly screened.  Plaintiff's failure
4 to comply with the Local Rules and the court's August 20, 2013 order directing plaintiff to file an
5 amended complaint, suggests that he has abandoned this action and that further time spent by the
6 court thereon will consume scarce judicial resources in addressing litigation which plaintiff
7 demonstrates no intention to pursue.

8    The fifth factor also favors dismissal.  The court has advised plaintiff of the requirements
9 under the Local Rules and informed him that failure to file an amended complaint in accordance
10 with the order would result in a recommendation that the action be dismissed.  The court finds no
11 suitable alternative to dismissal of this action.

12    Under the circumstances of this case, the third factor, prejudice to defendant from
13 plaintiff's failure to oppose the motion, should be given little weight.  Plaintiff's failure to oppose
14 the motion does not put defendants at any disadvantage in this action.  See Ferdik, 963 F.2d at
15 1262.  Indeed, defendants would only be "disadvantaged" by a decision by the court to continue
16 an action plaintiff has abandoned.  The fourth factor, public policy favoring disposition of cases
17 on their merits, weighs against dismissal of this action as a sanction.  However, for the reasons set
18 forth supra, the first, second, and fifth factors strongly support dismissal and the third factor does
19 not mitigate against it.  Under the circumstances of this case, those factors outweigh the general
20 public policy favoring disposition of cases on their merits.  See Ferdik, 963 F.2d at 1263.

21    Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed pursuant to
22 Federal Rule of Civil Procedure 41(b).

23    These findings and recommendations are submitted to the United States District Judge
24 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
25 after being served with these findings and recommendations, any party may file written
26 objections with the court and serve a copy on all parties.  Such a document should be captioned
27 "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the
28 objections shall be filed and served within fourteen days after service of the objections.  The

parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: October 8, 2013

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb;devl1672.46dm